\* D. ROSE, Trustee, v. H. E. SHAW et al.

*Appeal—Docketing Transcript.*

When the appellant does not docket his appeal before the perusal of the docket of the district to which it belongs, the appellee, upon filing the certificate required by Rule 17, is entitled, upon motion, to have the appeal docketed and dismissed.

This was an APPEAL by plaintiff from a judgment by *MacRae, J.*, at December (Special) Term, 1889, of CUMBER-LAND Superior Court, confirming the report of commissioners appointed to lay off dower.

No counsel for plaintiff.
*Mr. N. W. Ray*, for defendant.

---

\* Head-note by CLARK, J.

BAILEY *v.* BROWN.

CLARK, J.: The appellant has.failed to docket his appeal during the week assigned for causes from the district to which it belongs. The appellee files the certificate of the Clerk of the Superior Court required by Rule 17, and moves to docket appeal and have it dismissed. It appears from the certificate that the judgment was rendered at December (Special) Term, 1889, of Cumberland Superior Court, and that, upon disagreement of counsel, the case on appeal was settled by the Judge and filed January 31, 1890, and that the Clerk made out a certified copy of said statement, together with a transcript of the record, and delivered them to counsel for appellant in ample time to have been transmitted to this Court before the close of the call of causes from that district. The motion to docket and dismiss must be allowed. See *Bailey* v. *Brown*, at this term.

Motion allowed.